ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
telephone: (856) 813-1700
telecopier: (856) 813-1720
e-mail: rsaltzman@pbslaw.org
Attorneys for the Mortgagee
094451B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:                                                    :    CASE NO. 20-10383-RG

        Cheryl Lynn Hall                        :    CHAPTER 7

               DEBTOR               :    CERTIFICATION OF MORTGAGEE
                                                  IN SUPPORT OF
                                           :    MOTION TO VACATE STAY

I, _____Ilda Huzejrovic_____, hereby certify as follows:

1. I am an authorized representative of Selene Finance, L.P., servicer for the Mortgagee, MTGLQ Investors, L.P., holder of a first purchase money mortgage on the property of the Debtor located at 87 Westervelt Pl., Teaneck, New Jersey 07666, and I am familiar with the within matter.

Case 20-10383-RG    Doc 11-1    Filed 01/24/20    Entered 01/24/20 12:52:29    Desc
Certification    Page 2 of 8

2. The instant Petition of Debtor was filed on January 10, 2020.

3.  a. The regular monthly mortgage payment, including taxes and insurance,

    December 01, 2015 is:                               $1,599.47

b. The regular monthly mortgage payment, including taxes and insurance,

    December 01, 2016 is:                               $1,656.63

c. The regular monthly mortgage payment, including taxes and insurance,

    February 01, 2017 is:                               $1,679.25

d. The regular monthly mortgage payment, including taxes and insurance,

    February 01, 2018 is:                               $1,626.02

e. The regular monthly mortgage payment, including taxes and insurance,

    November 01, 2018 is:                            $1,724.53

f. The regular monthly mortgage payment, including taxes and insurance,

    November 01, 2019 is:                            $1,638.97

4. The last paid installment made by the Debtors was applied to the July 01, 2016 **contractual** payment; no further payments have been received to the Mortgagee's knowledge as of the date hereof.

-2-
Pluese, Becker, & Saltzman, LLC

5. The total amount of delinquency is $70,107.59. This amount is computed in the following manner:

Total pymt./mo. ($1,599.47) X No. mos. in arrears (4)

Total pymt./mo. ($1,656.63) X No. mos. in arrears (2)

Total pymt./mo. ($1,679.25) X No. mos. in arrears (12)

Total pymt./mo. ($1,626.02) X No. mos. in arrears (9)

Total pymt./mo. ($1,724.53) X No. mos. in arrears (12)

Total pymt./mo. ($1,638.97) X No. mos. in arrears (3)

6. Attached hereto are copies of the mortgage, bond, and any assignments.

7. The information contained in this certification is current as to payments received on or before the date of execution of this Certification. Inquiries regarding the number, date, amount and application of payments may be made to the Mortgagee's local counsel or the Mortgagee.

8. The Mortgagee's records reflect that the total amount due on the said mortgage contract is computed as follows

| | | |
|---|---|---|
| a. | Unpaid principal: | 156,478.72 |
| b. | Accrued Interest: | $44,053.23 |
| c. | Unpaid Late Charges from ____, D/Default: | $32.42 |
| d. | Recoverable Balance: | $5,726.23 |
| e. | Escrow Advances: including Taxes, Insurance premiums, periodic post-default property inspections | $20,780.34 |
| f. | Unearned Interest | $0.00 |
| g. | Per Diem interest: | $0.00 |
| h. | Any other charges: | $0.00 |
| i. | Suspense/Unapplied Funds balance | $0.00 |
| | Total Due: | $227,070.94 |

The foregoing calculations do not constitute a demand for immediate payment and are included herein pursuant to Local Rule 3 for the Court's information as applicable. The foregoing calculations constitute the amounts due on the mortgage contract as of the date hereof on the hypothetical assumptions that no Bankruptcy Petition has been filed and that no Judgment in foreclosure has been entered. Questions regarding or objections to the foregoing calculations may be made to the Mortgagee's local counsel identified at the top of the first page of this Certification or to the Mortgagee directly.

9. This property has been valued at $251,700.00.

10. A liquidation analysis of the Debtor's property subject to the lien of Movant's mortgage is as follows:

| | |
|---|---|
| Fair market value | $251,700.00 |
| 10% cost of sale | ($25,170.00) |
| Unpaid property taxes (if applicable) | ($0.00) |
| Tax sale Certificates (if applicable) | ($0.00) |
| Amounts due on Movant's Mortgage | ($227,070.94) |
| Federal tax liens (if applicable) | ($0.00) |
| State tax liens (if applicable) | ($0.00) |
| Debtor's exemption(s) | ($0.00) |
| Net Equity | <$540.94> |

11. By reason of the foregoing, Movant respectfully submits that its security interest is inadequately protected and that there is minimal or no equity in the mortgaged property available to the Debtor or the Debtor's Bankruptcy estate. In addition, the security interest of the Mortgagee in the subject property may be jeopardized as a result of arrears, taxes, or depreciation.

12. Foreclosure proceedings had commenced when the instant Petition in bankruptcy was filed, captioned MTGLQ Investors, L.P. v. Cheryl Lynn Hall, Individually and as Executor of the Estate of Mary E. Hall, et al. Docket No. F-021074-17. At the time of the filing of Debtor's instant Petition, the status of Movant's Foreclosure action was as follows: Sheriff's Sale Pending.

13. As a result of the foregoing, other matters of record, the duration and extent of the Debtor's, delinquency, the prejudice and expense already incurred. Movant respectfully requests that any relief from or modification of the Automatic Stay granted herein be immediately effective, pursuant to Federal Rule of Bankruptcy Procedure 4001 (a) (3).

I hereby certify that the foregoing statements are true and correct to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements are wilfully false, I am subject to punishment.

DATED: January 23, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(C)
Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
telephone: (856) 813-1700
telecopier: (856) 813-1720
e-mail:rsaltzman@pbslaw.org
Attorneys' for the Mortgagee
File No. 094451B

In Re:

Cheryl Lynn Hall

Case No.: 20-10383-RG

Chapter 7

Hearing date: February 18, 2020

Judge: Rosemary Gambardella

## CERTIFICATION RE CALCULATION OF AMOUNTS DUE
## NOTE AND MORTGAGE DATED MAY 23, 2007

___Ilda Huzejrovic___ of full age, employed as ___Team Lead - Bankruptcy___ by Selene Finance, LP, servicer for the Mortgagee, MTGLQ Investors, L.P., hereby certifies the following information:

Recorded on June 08, 2007, in Bergen County, in Book 16794 at Page 843

Property Address: 87 Westervelt Pl., Teaneck, New Jersey 07666

Mortgage Holder: MTGLQ Investors, L.P.

## I. PAYOFF STATEMENT

Unpaid Principal Balance............................................................................$156,478.72
Interest from 07/01/2016 to 01/10/2020.....................................................$44,053.23
    (Interest rate = 8.05% per year)
Late Charges.......................................................................................................$32.42
Recoverable Balance.....................................................................................$5,726.23
Advances through _____ for:

      Escrow Advances................$20,780.34
      Insurance Premiums........... $0.00
      M.I.P................................... .$0.00

Interest on advances from _____ to _____ ..........................$0.00
Other Charges (specify)....................................................................................$0.00
Less unearned interest...................................................................................($0.00)

**TOTAL DUE AS OF  01 / 10 / 2020** ...............................................$227,070.94

## II. EQUITY ANALYSIS (When appropriate)

Estimate fair market value of real estate (as of January 14, 2020) ..............$251,700.00*
Liens on the real estate:
 1. Real estate taxes as of _____ .......... $0.00
 2. First Mortgage
     as of 01/10/2020............ ....................... $227,070.94
 3. Second Mortgage
     as of _____ ........................ $0.00
 4. Other (specify on separate exhibit) ........... $0.00
     10% Cost............................................. $25,170.00
     Debtor's Exemption............................. $0.00
**TOTAL LIENS...........($252,240.94)....................($540.94)**
**APPARENT EQUITY AS OF 01 / 14 / 2020..... $0.00 \*\***

\* Source: Realtor.com (e.g. appraisal, tax bill/assessment, contract of sale, debtor's schedules, etc.)
\*\* If negative, insert zero (0).

I certify under penalty of perjury that the foregoing is true and correct.

January 23, 2020
Date of signature

Signature    Ilda Huzejrovic