**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In the Matter of                                   Case No. 20-10383-RG
                                                   Chapter 7
**Cheryl Lynn Hall,**

                    Debtor(s)                      Hearing Date:  August 11, 2020 @ 10 AM

**CERTIFICATION IN SUPPORT OF NOTICE OF MOTION**
**FOR ORDER DISMISSING CHAPTER 7 CASE**

Donald V. Biase does hereby certify as follows:

1.      I am the Chapter 7 Trustee for the above captioned Debtor, having been duly appointed by the United States Trustee for Region 3.

2.      The Debtor filed a Chapter 7 petition on January 10, 2020.  Pursuant to the Notice of Creditors issued by the Bankruptcy Court Clerk's office, the hearing pursuant to 11 U.S.C. §341(a) was scheduled for February 7, 2020 at 11:00AM.  The Debtor failed to attend the Hearing.

3.      The Trustee rescheduled the 341(a) hearing to the following dates and each rescheduled hearing was docketed and the Debtor was notified:

          March 9, 2020 at 2:00 PM - the Debtor failed to appear

          April 17, 202 at 2:00 PM - the Debtor failed to appear

          May 7, 2020 at 2:00 PM - the Debtor failed to appear

          June 18, 2020 at 2:00 PM - the Debtor failed to appear

4.      The Trustee spoke with the Debtor on several occasions and gave the Debtor many opportunities to appear and be examined.  On one occasion the Debtor mentioned she did not want to attend the 341 hearing because she was concerned about equity in her home.  The Trustee explained the mortgage company had already filed a Motion for Relief from the Automatic Stay and that she was required to attend her 341 hearing.  The Debtor filed bankruptcy previously and should know the requirements of filing for bankruptcy.

5.      The Trustee advised the Debtor he would hear her 341 telephonically in March, prior to the pandemic shut down, and she refused to be heard.

6.      The Debtor produced a letter from a doctor who stated she has a respiratory illness and was unable to be in public; however, the rescheduled 341 hearings for April, May and June were held telephonically and the Debtor still did not appear despite having been notified the hearings were rescheduled and were telephonic.  *See attached letter.*

7.      Based upon the Debtor's failure to attend the originally scheduled and the four (4) rescheduled 341 Hearings and her failure to cooperate with the Trustee as set forth above, I respectfully request that the Court dismiss the Debtor's Chapter 7 case.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  June 29, 2020                                        /s/Donald V. Biase_____
                                                             Donald V. Biase, Trustee

DONALD V. BIASE, TRUSTEE
110 Allen Road, Suite 304
Basking Ridge, NJ 07920
(973) 618-1008