| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Donald V. Biase<br>Chapter 7 Trustee<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920<br>(973) 618-1008 | Order Filed on November 2, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br><br>CHERYL LYNN HALL,<br><br><br><br>Debtor(s) | Case No.:   20-10383<br>Chapter:    7<br>Hearing Date:<br>Judge:   Rosemary Gambardella |

## INTERIM ORDER RE FINAL ADJOURNMENT OF 341(a) HEARING AND FINAL ADJOURNMENT OF HEARING FOR MOTION TO DISMISS CASE

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 2, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page: 2

**Debtor:** Cheryl Lynn Hall

**Case No.** 20-10383 RG

**Order:** Interim Order re Final Adjournment of 341(a) Hearing
and Final Adjournment of Hearing for Motion to Dismiss Case

---

THIS MATTER having been brought before the Court by the Trustee's Motion seeking dismissal of the Chapter 7 bankruptcy petition filed by the within Debtor for her failure to cooperate with the Trustee and her failure to appear and be examined at numerous 341 (a) hearings over the last 11 months; THEREFORE, it is hereby

ORDERED, that the Debtor is granted a FINAL adjournment of her 341(a) hearing. Said FINAL 341(a) hearing will be held telephonically on November 16, 2020 at 9:00 AM and can be accessed by telephone number 866-852-1048, using access code 8753879#; and it is hereby further,

ORDERED, that the Trustee's Motion to Dismiss Case has been granted a FINAL adjournment to December 1, 2020 at 10:00 AM and the Debtor can attend telephonically via Court Solutions at http://www.Court-Solutions.com or (917) 746-7476; and it is hereby further

ORDERED, that should the Debtor not appear telephonically for her FINAL 341(a) hearing on **November 16, 2020 at 9:00 AM**, and does not appear telephonically for the FINAL adjournment of the Trustee's Motion to Dismiss on **December 1, 2020 at 10:00 AM,** the Chapter 7 Bankruptcy Petition of Cheryl Lynn Hall, case number 20-10383, will be ~~automatically~~ dismissed by further Order of the Court. ~~on December 1, 2020 and this Order will serve as the Order Dismissing Case; and it is hereby further~~

Page: 3

**Debtor:**  **Cheryl Lynn Hall**

**Case No.**  **20-10383 RG**

**Order:**  **Interim Order re Final Adjournment of 341(a) Hearing
and Final Adjournment of Hearing for Motion to Dismiss Case**

_____

ORDERED, that the Trustee will serve a copy of the within Order to the Debtor within five (5) days of the receipt of the Order being entered by the Court.

United States Bankruptcy Court

District of New Jersey

In re:  
Cheryl Lynn Hall  
    Debtor(s)

Case No. 20-10383-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Nov 02, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cheryl Lynn Hall, 87 Westervelt Pl, Teaneck, NJ 07666-6021 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald V. Biase | dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Donald V. Biase | on behalf of Trustee Donald V. Biase dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Robert P. Saltzman | on behalf of Creditor MTGLQ Investors LP c/o Selene Finance LP dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4