**ROB SALTZMAN, ESQUIRE**
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ  08054
(856) 813-1700
Attorneys for the Mortgagee
**File No. 094451B**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **In re:** | : | PROCEEDINGS UNDER BANKRUPTCY CODE |
| **Cheryl Lynn Hall** | : | |
| | | CASE NO. 20-10383-RG |
| **Debtor** | : | CHAPTER 7 |
| | : | |

Honorable Rosemary Gambardella, U.S.B.J.
United States Bankruptcy Court
Newark, New Jersey

RE:     Cheryl Lynn Hall
        Chapter 7 Case No. 20-10383-RG

Dear Judge Gambardella:

As the Court's file should reflect, the undersigned represents the Mortgagee, MTGLQ INVESTORS, L.P., regarding the above-referenced matter.

Please accept this confirmation of our email correspondence with Sharon Moore of Your Honor's Chambers regarding the new, preemptory hearing date of the Mortgagee's Motion for Relief from the Automatic Stay. The hearing has been adjourned to December 1, 2020 at 10:00 a..m. The hearing will be heard via Court-Solutions. Ms. Hall is hereby advised to register with this website, before the hearing date, at www.court-solutions.com. The phone number for Court-Solutions is 917-746-7476. By copy of this letter we are notifying all interested Parties of the adjourned date.

Thank you for Your Honor's consideration of this matter.

Respectfully Submitted,


Pluese, Becker & Saltzman, LLC

BY:     /s/ Rob Saltzman

        Rob Saltzman, Esquire

RS/dlc

cc:     Cheryl Lynn Hall, 87 Westervelt Place, Teaneck, NJ 07666; Via E-Mail and Regular Mail
        Donald V. Biase, 110 Allen Road, Suite 304, Basking Ridge, NJ 07920, Trustee; Via ECF E-Mail and Regular Mail