| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| In Re:<br><br>CHERYL LYNN HALL,<br><br>                                    Debtor. |

Case No.: _____(RG)

**Order Filed on February 10, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Chapter:

Hearing Date:    February 9, 2020

Judge:           Rosemary Gambardella

# ORDER ON TRUSTEE'S MOTION TO DISMISS AND REQUIRING DEBTOR TO APPEAR AT THE 11 U.S.C. §341(a) MEETING OF CREDITORS BY TELEPHONE, OR IN THE ALTERNATIVE, TO DISMISS CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 10, 2021**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case Name:       Cheryl Lynn Hall
Case No.:        20-10383 (RG)
Caption:         **ORDER ON TRUSTEE'S MOTION TO DISMISS AND REQUIRING DEBTOR TO APPEAR AT THE 11 U.S.C. §341(a) MEETING OF CREDITORS BY TELEPHONE, OR IN THE ALTERNATIVE, TO DISMISS CASE**

---

THIS MATTER having been brought before the Court on motion by the Chapter 7 Trustee, Donald V. Biase, seeking dismissal of the Chapter 7 bankruptcy petition filed by Cheryl Lynn Hall, appearing pro se, for failure to cooperate with the Trustee and her failure to appear and be examined at the required U.S.C. § 341(a) Meeting of Creditors, and Debtor Cheryl Lynn Hall having continually failed to attend said U.S.C. § 341(a) Meeting of Creditors resulting in a one-year delay, which delay has prejudiced Debtor's creditors, and the Court having reviewed the Trustee's submissions; and due notice having been given; and for good cause shown; and for the reasons set forth on the record, it is

**ORDERED** that Debtor Cheryl Lynn Hall is directed to appear telephonically at the 11 U.S.C. § 341(a) Meeting of Creditors on **Monday, May 10, 2021 at 1 p.m**. The 341(a) Meeting of Creditors can be accessed by calling (866) 852-1048, using access code 8753879#; and it is further

**ORDERED** that if the Debtor Cheryl Lynn Hall does not appear at the U.S.C. § 341(a) Meeting of Creditors on **Monday, May 10, 2021 at 1 p.m**, the Trustee's Motion to Dismiss the Chapter 7 Bankruptcy Petition of Debtor Cheryl Lynn Hall for failure to cooperate with the Trustee and failure to attend the required U.S.C. § 341(a) Meeting of Creditors is GRANTED, and the case is dismissed without further notice. A separate Order dismissing the case will be entered by the Court; and it is further

**ORDERED** that the Trustee will serve a copy of the within Order to the Debtor within five (5) days of the entry of this Order.

| | |
|---|---|
| Filename: | 20-10383 Cheryl Lynn Hall  - Order re 341 hearing |
| Directory: | G:\A-ORDERS |
| Template: | C:\Users\PeggyCohen\AppData\Roaming\Microsoft\Templates\Normal.dotm |
| Title: | UNITED STATES BANKRUPTCY COURT |
| Subject: | |
| Author: | Santucci |
| Keywords: | |
| Comments: | |
| Creation Date: | 2/9/2021 3:34:00 PM |
| Change Number: | 8 |
| Last Saved On: | 2/10/2021 1:14:00 PM |
| Last Saved By: | Margaret Cohen |
| Total Editing Time: | 43 Minutes |
| Last Printed On: | 2/10/2021 1:14:00 PM |

As of Last Complete Printing
    Number of Pages:	2
    Number of Words:	315 (approx.)
    Number of Characters:	1,780 (approx.)