| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>CHERYL LYNN HALL,<br><br>Debtor. | Case No.: _____(RG)<br>Chapter: 7<br>Hearing Date: February 9, 2020<br>Judge: Rosemary Gambardella |

Order Filed on February 10, 2021
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**ORDER ON TRUSTEE'S MOTION TO DISMISS AND REQUIRING DEBTOR TO APPEAR AT THE 11 U.S.C. §341(a) MEETING OF CREDITORS BY TELEPHONE, OR IN THE ALTERNATIVE, TO DISMISS CASE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 10, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Case Name: | Cheryl Lynn Hall |
| Case No.: | 20-10383 (RG) |
| Caption: | **ORDER ON TRUSTEE'S MOTION TO DISMISS AND REQUIRING DEBTOR TO APPEAR AT THE 11 U.S.C. §341(a) MEETING OF CREDITORS BY TELEPHONE, OR IN THE ALTERNATIVE, TO DISMISS CASE** |

___

THIS MATTER having been brought before the Court on motion by the Chapter 7 Trustee, Donald V. Biase, seeking dismissal of the Chapter 7 bankruptcy petition filed by Cheryl Lynn Hall, appearing pro se, for failure to cooperate with the Trustee and her failure to appear and be examined at the required U.S.C. § 341(a) Meeting of Creditors, and Debtor Cheryl Lynn Hall having continually failed to attend said U.S.C. § 341(a) Meeting of Creditors resulting in a one-year delay, which delay has prejudiced Debtor's creditors, and the Court having reviewed the Trustee's submissions; and due notice having been given; and for good cause shown; and for the reasons set forth on the record, it is

**ORDERED** that Debtor Cheryl Lynn Hall is directed to appear telephonically at the 11 U.S.C. § 341(a) Meeting of Creditors on **Monday, May 10, 2021 at 1 p.m**. The 341(a) Meeting of Creditors can be accessed by calling (866) 852-1048, using access code 8753879#; and it is further

**ORDERED** that if the Debtor Cheryl Lynn Hall does not appear at the U.S.C. § 341(a) Meeting of Creditors on **Monday, May 10, 2021 at 1 p.m**, the Trustee's Motion to Dismiss the Chapter 7 Bankruptcy Petition of Debtor Cheryl Lynn Hall for failure to cooperate with the Trustee and failure to attend the required U.S.C. § 341(a) Meeting of Creditors is GRANTED, and the case is dismissed without further notice. A separate Order dismissing the case will be entered by the Court; and it is further

**ORDERED** that the Trustee will serve a copy of the within Order to the Debtor within five (5) days of the entry of this Order.

| | |
|---|---|
| Filename: | 20-10383 Cheryl Lynn Hall  - Order re 341 hearing |
| Directory: | G:\A-ORDERS |
| Template: | C:\Users\PeggyCohen\AppData\Roaming\Microsoft\Templates\Normal.dotm |
| Title: | UNITED STATES BANKRUPTCY COURT |
| Subject: | |
| Author: | Santucci |
| Keywords: | |
| Comments: | |
| Creation Date: | 2/9/2021 3:34:00 PM |
| Change Number: | 8 |
| Last Saved On: | 2/10/2021 1:14:00 PM |
| Last Saved By: | Margaret Cohen |
| Total Editing Time: | 43 Minutes |
| Last Printed On: | 2/10/2021 1:14:00 PM |

As of Last Complete Printing
    Number of Pages:	2
    Number of Words:	315 (approx.)
    Number of Characters:	1,780 (approx.)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10383-RG |
| Cheryl Lynn Hall | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

**Recip ID        Recipient Name and Address**
db              + Cheryl Lynn Hall, 87 Westervelt Pl, Teaneck, NJ 07666-6021

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021            Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Donald V. Biase | dbiase4236@gmail.com  dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Donald V. Biase | on behalf of Trustee Donald V. Biase dbiase4236@gmail.com dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com;ecf.alert+Biase@titlexi.com |
| Robert P. Saltzman | on behalf of Creditor MTGLQ Investors  LP c/o Selene Finance LP dnj@pbslaw.org |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4