UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD V. BIASE
PO Box 646
Essex Fells, NJ 07021
(973) 618-1008

In Re:

Cheryl Lynn Hall,

Debtor.

Order Filed on June 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  20-10383

Chapter:    7

Hearing Date:  December 1, 2020 @ 10 AM

Judge:   Rosemary Gambardella

ORDER DISMISSING CHAPTER 7 CASE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 21, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page: 2

Debtor: Cheryl Lynn Hall

Case No: 20-10383 RG

Order: Order Dismissing Chapter 7 Case

---

THIS MATTER, having been opened to the Court by Donald V. Biase, Chapter 7 Trustee in the above-captioned matter, on the return date of the Trustee's Motion to Dismiss the within Chapter 7 case on the grounds that the Debtor failed to cooperate with the Trustee and failed to attend the originally scheduled 341(a) hearing and the numerous rescheduled 341(a) hearings; and the Court having read and considered the moving papers; and other good and sufficient cause being shown for the making and entry of the within Order; it is hereby,

**ORDERED,** that the above captioned case be and is hereby dismissed; and it is further

**ORDERED**, that the Trustee be and is hereby discharged of his duties as Chapter 7 Trustee.